IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MOISES CENICEROS, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO: 2:15-cv-183 |
| vs. | § § | |
| TRINIDAD DRILLING, LP, | § § § | |
| Defendant. | § | |

# RULE 26(f) CONFERENCE REPORT

TO THE HONORABLE COURT:

The parties advise the Court of their Rule 26(f) conference as follows:

1. Pursuant to Rule 26(f), all counsel conferred on July 29, 2015.

2. The parties agreed to exchange Rule 26(a)(1) disclosures on or before August 12, 2015.

3. The parties discussed the commencement of discovery as ordered by the Court. Plaintiff will promptly furnish to Defendant a list of matters on which he will examine a representative of Defendant pursuant to Rule 30(b)(6).

4. Contemporaneous with the commencement of discovery, Plaintiff intends to move for conditional certification of a collective action pursuant to 29 U.S.C. § 216(b). Defendant will notify Plaintiff whether it will oppose such a motion.

5. The parties do not seek any changes in the limitations on discovery.

Respectfully submitted,

The Young Law Firm, P.C.
Jeremi K. Young, Texas Bar No: 24013793
jyoung@youngfirm.com
Rachael Rustmann, Texas Bar No: 24073653
rachael@youngfirm.com
1001 S. Harrison, Suite 200
Amarillo, Texas 79101

By: /s/ Jeremi K. Young
    Jeremi K. Young
**ATTORNEYS FOR PLAINTIFF**

AND

Matthew L. Hoeg (lead counsel)
State Bar No. 09772880
Andrews Kurth LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
(713) 220-4012
(713) 238-7328 (Fax)
Email: mhoeg@andrewskurth.com

By: /s/ Matthew L. Hoeg
    Matthew L. Hoeg

Lee Ann Reno
State Bar No. 00791509
Mark D. White
State Bar No. 21317900
Sprouse Shrader Smith P.L.L.C.
701 S. Taylor, Suite 500, 79101
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300
(806) 373-3454 (Fax)

By: /s/ Lee Ann Reno
    Lee Ann Reno
**ATTORNEYS FOR DEFENDANT**