IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MOISES CENICEROS, | § | |
| on behalf of himself and all others | § | |
| similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO: 2:15-cv-183 |
| vs. | § | |
| | § | |
| TRINIDAD DRILLING, LP, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFFS' DESIGNATION OF EXPERTS

Plaintiff files this Designation of Experts as required by the Scheduling Order entered by the Court on July 8, 2015.

### A. Identity of Expert

The following persons may be used at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

    Jeremi K. Young
    THE YOUNG LAW FIRM, P.C.
    1001 S. Harrison, Suite 200
    Amarillo, Texas 79101
    Telephone: (806) 331-1800
    Facsimile: (806) 398-9095

    Rachael Rustmann
    THE YOUNG LAW FIRM, P.C.
    1001 S. Harrison, Suite 200
    Amarillo, Texas 79101
    Telephone: (806) 331-1800
    Facsimile: (806) 398-9095

### B. Information from Retained or Specially Employed Experts

Jeremi K. Young and Rachael Rustmann will testify concerning the amount of attorneys' fees incurred in this matter and whether such fees are reasonable and necessary.

            Respectfully submitted,

            The Young Law Firm, P.C.
            Jeremi K. Young, Texas Bar No: 24013793
            jyoung@youngfirm.com
            Rachael Rustmann, Texas Bar No: 24073653
            rachael@youngfirm.com
            1001 S. Harrison, Suite 200
            Amarillo, Texas 79101

            By: /s/ Jeremi K. Young
               Jeremi K. Young

            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 14th day of September, 2015, a true and correct copy of the foregoing document was delivered to counsel as shown:

***Via First Class Mail and E-Mail* @ mhoeg@andrewskurth.com**
Matthew L. Hoeg
Andrews Kurth, LLP
600 Travis, Suite 4200
Houston, Texas 77002

 ***VIA E-MAIL:* leeann.reno@sprouselaw.com**
 Lee Ann Reno
 Sprouse Shrader Smith, P.L.L.C.
 701 S Taylor St, Suite 500
 Amarillo, Texas 79101